JUNE R. NEVEJANS, Individually and as Administratrix of the Estate of DONALD NEVEJANS, Deceased, Appellant, v. JOLOR CONSTRUCTION, INC., et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

DOROTHY M. PAPADAKOS, Appellant-Respondent, v. PETER J. PAPADAKOS, Respondent-Appellant. (And Another Action.) —

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING C. WALSTON, Respondent, v. ARTHUR E. KRUEGER, as Warden of the Nassau County Jail, Appellant.—

Christ, P. J., Hopkins and Martuscello, JJ., concur; Rabin and Munder, JJ., concur in dismissal of the appeal from the order-judgment dated August 21, 1969, but otherwise dissent and vote to reverse the order-judgment dated September 11, 1969 insofar as appealed from and to dismiss the writ and reinstate the indictment, with the following memorandum: In our opinion, under the total circumstances of this case, the People sustained their burden of showing good cause for the delay in prosecution (*People* v. *Ganci,* 33 A D 2d 797; *People* v. *Pirone,* 31 A D 2d 1007; *People ex rel. Phipps* v. *Flood,* 30 A D 2d 641).

LINNETTE ROBERTS et al., Appellants, v. JOHN CONNELLY, Respondent.

Christ, P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.